ACCEPTED
15-25-00138-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:22 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00138

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:22:52 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# For the Fifteenth District of Texas

## MOTION TO FILE APPELLANT'S REPLY BRIEF
## VIA "THUMB DRIVE"

On Petition for Review from the
261st District Court, Travis County, Texas
No. D-1-GN-25-001373

Shamar D. Bradley
Pro Se
10109 Lake Creek Parkway, #170682
Austin, TX 78717
Telephone: (210) 425-5464
shamar.d.bradley@gmail.com

**IDENTITY OF PARTIES AND COUNSEL**

**Petitioner**
Shamar D. Bradley
Pro Se
shamar.d.bradley@gmail.com
10109 Lake Creek Parkway, #170682
Austin, TX 78717
Telephone: (210) 425-5464

**Respondents**
The Texas Department of Information Resources ("DIR")
The Texas Office of the Attorney General ("OAG")

### Counsel for Respondent DIR

**General Counsel**

Josh Godbey

**Trial Counsel**

Denver Burris
Assistant Attorney General
denver.burris@oag.texas.gov
Texas Bar No. 24138940
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4105
Facsimile: (512) 320-0667

General Counsel
josh.godbey@dir.texas.gov
Texas Bar No. 24049996
300 W. 15th Street, Suite 1300
Austin, TX 78701
Telephone: (512) 475-4550

### Counsel for Respondent OAG

Rosalind L. Hunt
Assistant Attorney General
Texas State Bar No. 24067108
Attorney General Of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 475-4166
Rosalind.Hunt@oag.texas.gov

**MOTION TO FILE APPELLANT'S BRIEF VIA THUMB DRIVE**

The Appellant's Reply Brief is due on or before December 10th, 2025. Due to technological constraints, the Appellant is not able to file the Appellant's Reply Brief through the eFile system. Therefore, the Appellant respectfully requests that this court allow the Appellant to ship a thumb drive (i.e. USB storage device) with the Appellant's Reply Brief to the Court.

/s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT
10109 Lake Creek Parkway, #170682
Austin, TX 78717
shamar.d.bradley@gmail.com

**CERTIFICATE OF CONFERENCE**

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

Denver Burris, Lead Counsel for Respondent DIR, opposes the Motion

Rosalind Hunt, Lead Counsel for Respondent OAG, opposes the Motion

　/s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT

**CERTIFICATE OF SERVICE**

On December 8th, 2025, this document was served electronically in accordance with Rule 9.2(b)(1) on:

Denver Burris, Lead Counsel for Respondent DIR

　　via denver.burris@oag.texas.gov, by electronic filing service

Rosalind Hunt, Lead Counsel for Respondent DIR

　　via rosalind.hunt@oag.texas.gov, by electronic filing service

　/s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108847573
Filing Code Description: Motion - Exempt
Filing Description: MOTION TO FILE APPELLANTS REPLY BRIEF VIA THUMB DRIVE 00138 08DEC2025
Status as of 12/8/2025 3:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 12/8/2025 3:22:52 PM | SENT |
| Denver Burris | | Denver.Burris@oag.texas.gov | 12/8/2025 3:22:52 PM | SENT |
| Michelle Elliott | | Michelle.Elliott@oag.texas.gov | 12/8/2025 3:22:52 PM | SENT |
| Josh Godbey | | JOSH.GODBEY@DIR.TEXAS.GOV | 12/8/2025 3:22:52 PM | SENT |
| Rosalind Hunt | | ROSALIND.HUNT@OAG.TEXAS.GOV | 12/8/2025 3:22:52 PM | SENT |
| Shamar D.Bradley | | shamar.d.bradley@gmail.com | 12/8/2025 3:22:52 PM | SENT |
| Denver Burris | | denver.burris@oag.texas.gov | 12/8/2025 3:22:52 PM | SENT |